JS 44 - CAND

# CIVIL COVER SHEET

I. (a) PLAINTIFFS

DEFENDANTS

U.S. Attorney General

Michael, Secretary

Director

(IN U.S. PLAINTIFF CASES ONLY)

II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

III. CITIZENSHIP OF PRINCIPAL PARTIES

IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

VI. CAUSE OF ACTION

28 U.S.C. § 1361, Original Complaint for Writ in the Nature of Mandamus and Declaratory Judgement

VII. REQUESTED IN COMPLAINT: CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 DEMAND $ CHECK YES only if demanded in complaint: JURY DEMAND

VIII. RELATED CASE(S) IF ANY PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY) SAN FRANCISCO/OAKLAND SAN JOSE

DATE SIGNATURE OF ATTORNEY OF RECORD

ORIGINAL
ADR
Filed #99
APR 3 0 2007
Fee Pd
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE
E-filing

*Justin Fok, Esq., CSBN: 242272*
Law Offices of Jean D. Chen
2107 N. First Street, Suite 300
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile: (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiffs
**Jun Liang** and **Yunqiu Yuan**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**COMPLAINT**

| | |
|---|---|
| **Jun Liang**,<br>**Yunqiu Yuan**<br><br>Plaintiffs,<br><br>v.<br><br>**Alberto Gonzales**, United States Attorney General, U.S. Department of Justice;<br>**Michael Chertoff**, Secretary of the Department of Homeland Security;<br>**Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services;<br>**Gerard Heinauer**, Director of the Nebraska Service Center, United States Citizenship and Immigration Services;<br>**Robert S. Mueller III**, Director of the Federal Bureau of Investigation<br><br>Defendants | Case No.<br>**C 07 02349 BZ**<br><br>**PLAINTIFF'S ORIGINAL COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS & DECLARATORY JUDGMENT UNDER 28 U.S.C. § 1361**<br><br>**Immigration Case** |

Plaintiffs, Jun Liang and Yunqiu Yuan, by and through their attorney of record, open this lawsuit against the Defendants and will show this Court the following:

1. Plaintiffs bring this action against the Defendants to compel action on the delayed processing of their I-485's, *Application to Register Permanent Residence or Adjust Status*. The

applications remain within the jurisdiction of the Defendants who have improperly delayed and withheld action on these applications to Plaintiffs' detriment.

**PARTIES**

2. Plaintiff, Jun Liang ("Mr. Liang"), is the primary applicant of an I-485*, Application to Register Permanent Residence or Adjust Status* ("I-485"), filed with United States Citizenship and Immigration Services ("USCIS").

3. Plaintiff, Yunqiu Yuan ("Ms. Yuan"), is the derivative applicant of the above I-485 filed with USCIS, and cannot receive approval for her application until the primary applicant is approved.

4. Defendant, Alberto Gonzales, is the Attorney General of the United States and this action is brought against him in his official capacity. He is authorized to adjust to permanent residence status certain aliens who have been admitted to the United States, and is further authorized to delegate such powers to other government officials.

5. Defendant, Michael Chertoff, is the Secretary of the Department of Homeland Security ("DHS"), and this action is brought against him in his official capacity. Defendant Chertoff is generally charged with enforcement of the Immigration and Nationality Act, which provides for the processing of adjustment of status applications.

6. Defendant, Emilio T. Gonzalez, is the Director of USCIS, an agency within DHS, and this action is brought against him in his official capacity. Defendant Gonzalez is generally charged with the overall administration of immigration benefits and services, including adjustment of status applications.

7. Defendant, Gerard Heinauer, is the Director of the Nebraska Service Center ("NSC"), and this action is brought against him in his official capacity. Defendant Heinauer has supervisory authority over all USCIS operations within the NSC, including Plaintiffs' pending I-485 applications.

8. Defendant, Robert S. Mueller, III, is Director of the Federal Bureau of Investigation ("FBI"), and this action is brought against him in his official capacity. Defendant Mueller has failed to complete the security clearances ("Name Check") on Plaintiffs' I-485 cases.

**JURISDICTION**

9. Jurisdiction in this case is proper under 28 U.S.C. §§ 1331 and 1361, 5 U.S.C. §§ 551, *et seq.* and 701, *et seq.*, and 28 U.S.C. § 2201 *et seq*. Relief is requested pursuant to said statutes. Additionally, attorney fees and costs will be sought pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and 5 U.S.C. § 504 *et seq.*

**VENUE**

10. Venue is proper in this honorable Court, pursuant to 28 U.S.C. §1391(e), in that Plaintiffs may request a hearing on the matter in the district where Plaintiffs reside.

**INTRADISTRICT ASSIGNMENT**

11. This lawsuit should be assigned to the San Francisco or Oakland Division of this court because a substantial part of the event or omission which give rise to this lawsuit occurred in San Mateo County.

**EXHAUSTION OF REMEDIES**

12. Plaintiffs have exhausted their administrative remedies. Specifically, Plaintiffs have followed up with numerous inquiries and requests to the pertinent administrative agencies attempting to expedite their delayed applications.

**CAUSE OF ACTION**

13. Plaintiffs properly filed their I-485's, *Application to Register Permanent Residence or Adjust Status*, based on an I-140, *Immigrant Petition for Alien Worker*, under the EB-3, Skilled Worker or Professional category. These I-485 Applications, the filing fees, along with all supporting documentation, were filed with the USCIS California Service Center ("CSC") on April 20, 2005. The applications were subsequently transferred to the USCIS Nebraska Service Center ("NSC") (**EXHIBIT 1**).

14. On October 13, 2005, Mr. Liang submitted his fingerprints to USCIS San Francisco Application Support Center ("ASC") (**EXHIBIT 2**).

15. On February 07, 2006, Mr. Liang sent an email to USCIS CSC to inquire into the status of his application. Mr. Liang received a response on November 08, 2006 stating that processing of his application had been suspended because his FBI security check (Name Check) has not

been cleared. As a result of this, the derivative's application was also pending. (**EXHIBIT 3**).

16. On September 08, 2006, Mr. Liang mailed a letter to Senator Dianne Feinstein, requesting assistance with their stalled I-485 applications. Mr. Liang did not receive a response (**EXHIBIT 4**).

17. On October 12, 2006, Mr. Liang mailed a letter to Congressman Tom Lantos, requesting assistance with their stalled I-485 applications. Mr. Liang did not receive a response (**EXHIBIT 5**).

18. On November 08, 2006, Mr. Liang sent an email to USCIS CSC to inquire into the status of their applications. Mr. Liang received a response on November 15, 2006 stating that his I-485 application is pending FBI name check clearance (**EXHIBIT 6**).

19. Mr. Liang made a Freedom of Information and Privacy Act ("FOIPA") request with the FBI. In a response letter dated November 28, 2006, David M. Hardy, Chief of the Record/Information Dissemination Section at the FBI, explained that there were "no records responsive" to Plaintiff's FOIPA request (**EXHIBIT 7**).

20. On January 30, 2007, Mr. Liang appeared at USCIS San Francisco District Office for an Infopass appointment to inquire into the status of his application. Mr. Liang was told that his case was still pending due to the FBI Name Check (**EXHIBIT 8**).

21. In a letter dated February 12, 2007, Mr. Liang wrote to First Lady, Mrs. Laura Bush, requesting assistance with his application. Mr. Liang received a response from Michael A. Cannon, Section Chief of the National Name Check Program Section/Records Management Division of the FBI, stating that his name check request was received from USCIS on May 03, 2005 and is currently in process (**EXHIBIT 9**).

22. On March 07, 2007, Mr. Liang appeared at the USCIS San Francisco ASC to submit his fingerprints (**EXHIBIT 10**).

23. It has been over two years since Plaintiffs first filed their I-485's with USCIS on April 20, 2005.

24. The Defendants have failed to properly adjudicate these petitions within a reasonable time. They have improperly and unreasonably delayed the processing of Plaintiffs'

I-485 applications after Plaintiffs have paid for, and submitted, properly executed applications.

25. Although the role of Defendants is pivotal to the security of the United States of America, the Defendants' actions have gone well beyond the expected 8 months processing time for the adjudication of an I-485 Application (Please see Nebraska Service Center processing dates for I-485 cases posted March 15, 2007 at **EXHIBIT 11**). Defendants have failed to adhere to their own processing times and procedures.

26. After numerous inquiries by Plaintiffs, Defendants have unreasonably and inappropriately refused to adjudicate the petitions, thereby depriving Plaintiffs of the rights to which they are entitled.

27. Plaintiffs have been greatly damaged by the failure of Defendants to act in accordance with their duties under the law. Specifically:

(a) Plaintiffs have been unable to obtain legal permanent residence and thus cannot travel or work without restriction. They must spend additional time and pay additional filing fees each year in order to work and travel legally.

(b) Plaintiffs are unable to accrue time to be eligible for naturalization as citizens of the United States, thus delaying their obtainment of the rights and privileges enjoyed by citizens of the United States.

28. Defendants in violation of the Administrative Procedures Act at 5 U.S.C. § 706(1), are unlawfully withholding action on Plaintiffs' applications, and have unreasonably delayed action on Plaintiffs' cases.

29. Defendants in violation of the Administrative Procedures Act at 5 U.S.C. § 555(b), are unlawfully delaying action on Plaintiffs' applications and have failed to complete the adjudicative functions delegated to them by law within a reasonable time.

**PRAYER**

30. WHEREFORE, in view of the arguments and authority noted herein, Plaintiffs respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

(a) requiring USCIS to immediately submit Expedite Requests to the FBI for expedited

processing of Plaintiffs' FBI Name Checks;

(b) requiring USCIS to complete adjudication of Plaintiffs' I-485 within 60 days of receiving the Court's order;

(c) awarding reasonable attorney's fees pursuant to the Equal Access to Justice Act; and

(d) granting such other relief at law and in equity as justice may require.

Dated: April 30, 2007

Respectfully Submitted,

Justin Fok, CSBN: 242272
Attorney for Plaintiff

# EXHIBIT LIST

Exhibit 1: Receipt of I-485 filings dated April 20, 2005 and transfer notice

Exhibit 2: ASC Fingerprint Appointment Notice and Biometric Processing Stamp dated October 13, 2005.

Exhibit 3: Mr. Liang's email to USCIS CSC dated February 07, 2006 and response

Exhibit 4: Mr. Liang's letter to Senator Dianne Feinstein sent September 08, 2006

Exhibit 5: Mr. Liang's letter to Congressman Tom Lantos sent October 12, 2006

Exhibit 6: Mr. Liang's email to USCIS CSC dated November 08, 2006 and response

Exhibit 7: Response from David M. Hardy, Chief of Record/Information at the FBI, to Mr. Liang's FOIPA request dated November 28, 2006

Exhibit 8: Mr. Liang's infopass appointment at USCIS San Francisco ASC dated January 30, 2007

Exhibit 9: Mr. Liang's letter to First Lady, Laura Bush, dated February 12, 2007 and response from the FBI .

Exhibit 10: ASC Fingerprint Appointment Notice and Biometric Processing Stamp dated March 07, 2007.

Exhibit 11: Processing Dates for USCIS NSC posted March 15, 2007

# Exhibit 1



THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I140 |
|---|---|---|
| WAC-05-144-50455 | | IMMIGRANT PETITION FOR ALIEN WORKER |
| RECEIPT DATE | PRIORITY DATE | PETITIONER |
| April 25, 2005 | March 18, 2002 | ORACLE USA INC |
| NOTICE DATE | PAGE | BENEFICIARY A098 460 997 |
| July 11, 2005 | 1 of 1 | LIANG, JUN |

FRIEDA A. GARCIA
BERRY APPLEMAN & LEIDEN LLP
RE: ORACLE USA INC
353 SACRAMENTO ST STE 1300
SAN FRANCISCO CA 94111-3633

**Notice Type:** Approval Notice
Section: Skilled Worker or Professional, Sec.203(b)(3)(A)(i) or (ii)

The above petition has been approved. The person this petition is for will be notified separately when a decision is reached on his or her pending adjustment of status application.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Received
JUL 14 2005

Please see the additional information on the back. You will be notified separately about any other cases you filed.

U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**

Form I-797 (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Servic

**I-797C, Notice of Action**

THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|
| WAC-05-144-50396 | | |
| RECEIVED DATE<br>April 20, 2005 | PRIORITY DATE | APPLICANT A98 460 997<br>LIANG, JUN |
| NOTICE DATE<br>April 25, 2005 | PAGE<br>1 of 1 | |

FRIEDA A. GARCIA
BERRY APPLEMAN & LEIDEN LLP
RE: JUN LIANG
353 SACRAMENTO ST STE 1300
SAN FRANCISCO CA 94111-3633

**Notice Type:** Receipt Notice

Amount received: $ 385.00
Section: Adjustment as direct beneficiary of immigrant petition

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at **uscis.gov.**
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel <http://www.state.gov/travel>** to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**

Department of Homeland Security
U.S. Citizenship and Immigration Service

# I-797C, Notice of Action

THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>WAC-05-144-50320 | | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|
| RECEIVED DATE<br>April 20, 2005 | PRIORITY DATE | APPLICANT A98 460 998<br>YUAN, YUNQIU |
| NOTICE DATE<br>April 25, 2005 | PAGE<br>1 of 1 | |

FRIEDA A. GARCIA
BERRY APPLEMAN & LEIDEN LLP
RE: YUNQIU YUAN
353 SACRAMENTO ST STE 1300
SAN FRANCISCO CA 94111-3633

**Notice Type:** Receipt Notice

Amount received: $ 385.00

Section: Derivative adjustment

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at **uscis.gov**.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** **<http://www.state.gov/travel>** to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE |
|---|---|---|
| WAC-05-144-50396 | | I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| RECEIPT DATE | PRIORITY DATE | APPLICANT |
| April 25, 2005 | | A098 460 997 LIANG, JUN |
| NOTICE DATE | PAGE | |
| March 6, 2007 | 1 of 1 | |

JUN LIANG
[redacted]
FOSTER CITY CA 94404

**Notice Type:** Transfer Notice

This is to advise you that in order to speed up processing we have transferred the above case to the following USCIS office for processing:

Nebraska Service Center, P.O. BOX 82521, Lincoln, NE 68501-2521

That office will notify you of the decision made on the application or petition.

Please read the following information before attempting to contact the National Customer Service Center for an update:

Please refer to the USCIS processing dates webpage, via the USCIS home webpage **http://www.uscis.gov/graphics/index.htm**, to locate the processing dates for the specific service center that your case was transferred to. If the service center is within processing time for your particular application or petition, USCIS cannot provide an update on your case. If the service center is outside of processing time for your particular application or petition, please call Customer Service at 1-800-375-5283 to request an update.

Please read the following information if you submitted a Premium Processing application or petition:

Please contact the Premium Processing phone number at 1-866-315-5718 for inquiries. The 15-day Premium Processing clock does not start until the correct office receives the application or petition.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**




U.S Citizenship and Immigration Services - Case Status Service Online Page 1 of 1

Home Contact Us Site Map FAQ

Search 

Advanced Search

Services & Benefits Immigration Forms Laws & Regulations About USCIS Education & Resource Press Room

Change Of Address

Services While Your Case is Pending

Civil Surgeons

Processing Times

Case Status Online

Case Status Search

Register

Login

**Receipt Number: WAC0514450320**

**Application Type: I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS**

**Current Status: This case is now pending at the office to which it was transferred.**

The I485 APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS that was transferred to our NEBRASKA SERVICE CENTER location is now pending there. You will be notified by mail when a decision is made, or if the office needs something from you. If you move while this case is pending, call customer service. We process cases in the order we receive them. You can use our processing dates to estimate when this case will be done, counting from when USCIS received it. This case is at our NEBRASKA SERVICE CENTER location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

If you would like to see our current Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact Customer Service at (800) 375 – 5283 or 1-800-767-1833 (TTY).

New Search

Printer Friendly Case Status

Get Acrobat Adobe Reader

**04-23-2007 04:02 PM EDT**

Home Contact Us Privacy Policy Website Policies NoFEAR Freedom Of Information Act FirstGov

U.S. Department of Homeland Security

https://egov.immigration.gov/cris/caseStatusSearch.do 4/23/2007

# Exhibit 2

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

THE UNITED STATES OF AMERICA

# ASC Appointment Notice

| CASE TYPE | | SOCIAL SECURITY NUMBER | NOTICE DATE 09/30/2005 |
|---|---|---|---|
| I485 Application to Register Permanent Resident or Adjust Status | | | USCIS A# A098460997 |
| APPLICATION NUMBER WAC0514450396 | CODE 3 | SERVICE CENTER WSC | PAGE 1 of 1 |

JUN LIANG
FOSTER CITY, CA 94404

BIOMETRICS PROCESSING STAMP
ASC SITE CODE: XP
BIOMETRICS QA REVIEW BY: ON OCT 13 2005
TENPRINTS QA REVIEW BY: ON OCT 13 2005

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS SAN FRANCISCO<br>250 BROADWAY STREET<br>SAN FRANCISCO, CA 94111 | 10/13/2005<br>10:00 AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**REQUEST FOR RESCHEDULING**

Please reschedule my appoinment for the next available: ☐ Wednesday afternoon ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.

Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

USCIS SAN FRANCISCO
250 BROADWAY STREET
SAN FRANCISCO, CA 94111

APPLICATION NUMBER 1
I485 WAC0514450396

If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

# Exhibit 3



 Jun Liang [redacted]@gmail.com>

# question about my I-485 status

Jun Liang [redacted]@gmail.com>
To: [redacted]@dhs.gov

Tue, Feb 7, 2006 at 11:26 AM

Dear California service center officers:

Our I485 "Application to Register Permanent Residence or to Adjust Status" was filed on April 20, 2005

California Service Center is now processing I485 cases with Receipt Notice Date of June 16, 2005 (as per the California Service Center Processing Dates posted on January 24, 2006).

Also, according to the latest state department visa bulletion, my priority date (EB2, 3/18/2002) becomes current on Feburary 1st, 2006.

I would really appreciate if you could let me know the status of our I485 processing or if there is any additional information required. I listed the deatils of our I485 below:

Principal Applicant First Name : Jun
Principal Applicant Last Name : Liang
Principal Applicant Alien # : A098460997
Principal Applicant I485 Receipt #: WAC0514450396
Principal Applicant Date of Birth : [redacted]
Principal Applicant Email Address [redacted]@gmail.com
Principal Applicant Phone Number : 650[redacted]

Spouse's First Name : Yunqiu
Spouse's Last Name : Yuan
Spouse's Alien # : A098460998
Spouse's I485 Receipt #: WAC0514450320
Spouse's Date of Birth : [redacted]
Spouse's Email Address [redacted]@gmail.com
Spouse's Phone Number : 650[redacted]

Thanks a lot for your help!

With best Regards,

Jun Liang

 

Gmail talk BETA

Jun Liang [redacted]ail.com>

# regarding my name check status

**Jun Lian[redacted]@gmail.com>** **Wed, Feb 8, 2006 at 3:44 PM**
To: fbinncp@ic.fbi.gov

Dear FBI officer,

I was notified by the California service center adjudications officer that my I-485 application was suspended because of my name check result is pending. The officer suggeted me to contact FBI name check center to find out the status of my name check.

Listed below is my personal information, could you please kindly let me know the current status of my name check?

First Name : Jun
Last Name : Liang
Date of Birth :[redacted]
Alien # : A098460997
Email address [redacted]@gmail.com

Thanks a lot for your assistance in this matter!

With warmest regards!

Jun Liang

# Exhibit 4

Dear Senator Feinstein,

We are writing this letter to request your office's help in finding the status of our employment based adjustment of status (I-485) applications, pending with California Service Center for over one year. We had filed our I-485 applications in April 2005 with California Service Center, Laguna Niguel, CA. We were finger printed on 10/13/2005.

After waiting for over 16 months, we haven't heard anything back from USCIS and are desperately waiting for our cases to be approved. We have already renewed our work permits (EAD) and currently hold our second EAD. We have no clue why the adjudication on our cases is taking so long while the cases filed much later than ours are routinely being approved. It has been more than 6 months since our priority date became current.

We have been living in U.S. for over 9 years now. We like this beautiful country very much and we always dreamt to become a naturalized citizen one day. However, our American dream is unfortunately being delayed by USCIS.

We would like to request the help of your office to find out what exactly is going on with our cases and if possible expedite the adjudication. We'd highly appreciate any help that your office can provide in this matter.

Our case details are listed below:

Primary applicant: Jun Liang
Date of Birth: [redacted]
I-485 Receipt No: WAC0514450396
I-485 Receipt Date: 4/20/2005
I-485 Notice Date: 4/25/2005
Finger Print Date: 10/13/2005
Alien# A098460997

Spouse: Yunqiu Yuan
Date of Birth: [redacted]
I-485 Receipt No: WAC0514450320
Alien# A098460998

Sincerely,

Jun Liang & Yunqiu Yuan

# Exhibit 5

Dear Congressman Lantos

We are writing this letter to request your office's help in finding the status of our employment based adjustment of status (I-485) applications, pending with California Service Center for over one year. We had filed our I-485 applications in April 2005 with California Service Center, Laguna Niguel, CA. We were finger printed on 10/13/2005.

After waiting for over 16 months, we haven't heard anything back from USCIS and are desperately waiting for our cases to be approved. We have already renewed our work permits (EAD) and currently hold our second EAD. We have no clue why the adjudication on our cases is taking so long while the cases filed much later than ours are routinely being approved. It has been more than 6 months since our priority date became current.

We have been living in U.S. for over 9 years now. We like this beautiful country very much and we always dreamt to become a naturalized citizen one day. However, our American dream is unfortunately being delayed by USCIS.

We would like to request the help of your office to find out what exactly is going on with our cases and if possible expedite the adjudication. We'd highly appreciate any help that your office can provide in this matter.

Our case details are listed below:

Primary applicant: Jun Liang
Date of Birth: [redacted]
I-485 Receipt No: WAC0514450396
I-485 Receipt Date: 4/20/2005
I-485 Notice Date: 4/25/2005
Finger Print Date: 10/13/2005
Alien# A098460997

Spouse: Yunqiu Yuan
Date of Birth: [redacted]
I-485 Receipt No: WAC0514450320
Alien# A098460998

Sincerely,

Jun Liang & Yunqiu Yuan

# Exhibit 6



 **Jun Liang [redacted]ail.com>**

# question about my I-485 status

**Jun Liang [redacted]@gmail.com>** **Wed, Nov 8, 2006 at 3:58 PM**
To: "485, CSC XII" <[redacted].485@dhs.gov>

Dear CSC Immigration officers:

My I485 "Application to Register Permanent Residence or to Adjust Status" was filed on April 20, 2005

I contacted the CSC office on Feb 6, 2006 regarding the status of my case and I was told it was still pending for FBI name check.

I contacted FBI 8 months ago about the status of my name check and I still haven't got any response from them.

I would really really appreciate if you could give me an update on my case status , and if possible please let me know what should I do to expedite the adjudication of my case.

Following is the detailed info about my case:

Principal Applicant First Name : Jun
Principal Applicant Last Name : Liang
Principal Applicant Alien # : A098460997
Principal Applicant I485 Receipt #: WAC0514450396
Principal Applicant Date of Birth [redacted]
Principal Applicant Email Address : [redacted]@gmail.com
Principal Applicant Phone Number : 650-[redacted]

Thanks a lot !

Jun
[Quoted text hidden]





# question about my I-485 status

**CSC XII 485 <@dhs.gov>** **Wed, Nov 15, 2006 at 8:57 AM**
To: Jun Liang <@gmail.com>

The I-485 at question is still pending FBI name check clearance. Once the file has been cleared by FBI, the file will be adjudicated. The Service has NO control on how long it takes FBI to clear the case

Officer Bueno

Division 12

California Service Center

**From:** Jun Liang [mailto:@gmail.com]
**Sent:** Wednesday, November 08, 2006 2:59 PM
**To:** 485, CSC XII
**Subject:** Re: question about my I-485 status

[Quoted text hidden]

# Exhibit 7

Exhibit 7



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

November 28, 2006

MR. JUN LIANG
[redacted]
FOSTER CITY, CA 94404

Request No.: 1062828- 000
Subject: LIANG, JUN

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division

Enclosure

# Exhibit 8

Exhibit 8



INFOPASS
Your e-Ticket to Immigration Information.

**Name:** Jun Liang

**Appointment Type:** Speak to immigration officer

**Confirmation No.:** SFR-07-2926

**Authentication Code:** 172b7

**Appointment Date:** January 30, 2007

**Appointment Time:** 8:45 AM

**Location:** 444 WASHINGTON STREET, San Francisco, CA 94111; LOBBY

**This is your Confirmation Number:**

*SFR-07-2926*

**If you wish to cancel this appointment, you will need the following Personal Identification Number:**

***45135***

**Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.**

- **You must appear in person and bring photo identification along with this appointment letter.**
- **Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.**
- **NOTE: Cell phones that have camera features are not permitted in the building. Food and drinks are not permitted in the waiting room. In order to facilitate easy and swift entrance, you are advised to keep handbags and metal objects to a minimum by leave such items at home or with persons who will remain outside the building.**

# Exhibit 9

Exhibit 9

Feb 12, 2007

The First Lady
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

Dear Mrs. Bush,

My name is Jun Liang, and I am writing to request your kind assistance in my Permanent Residency (I-485) application with the US Citizenship and Immigration Services (USCIS).

I filed my I-485 application for employment based adjust of status on April 25, 2005. My priority date is in March 2002. I have contacted USCIS office several times since my application was filed. Every time I was told that my application was pending for FBI name check.

I sent email to FBI name check service center in February 2006 inquiring about my name check status, and I never received any response.

I also contacted the Congressman and Senator in my area asking for help in September and October 2006, and I did not receive any replies from their offices either.

I have always been a law-abiding tax-paying citizen in my life, and I never had any problem with any law enforcement agency anywhere. I asked FBI to provide any information it has on me under the Freedom Of Information Privacy Act (FOIPA); the FBI responded with "No record on File".

I fully understand the importance of the Name check process and National Security; at the same time as my family has been waiting for so long (5+ years since the beginning of our green card application), and we have exhausted almost all administrative means.

I am here by respectfully asking your help to find out my Name Check status with FBI and expedite my name check process with FBI. I truly and deeply appreciate your kind help in this matter.

Detailed information about my case and copies of my I-140 approval notice, my I-485 receipt, FIOPA result, and replies from USCIS are attached with this letter.

Sincerely Yours,

Jun Liang

Foster City, CA 94404



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535-0001

April 5, 2007

WH 584991

Mr. Jun Liang
Foster City, CA 94404

Dear Mr. Liang:

Your letter dated February 12, 2007, directed to Mrs. George W. Bush concerning your name check status for immigration purposes, was forwarded to the Department of Justice and subsequently referred to the Federal Bureau of Investigation (FBI) for reply. Your letter also enclosed a copy of our response regarding your Freedom of Information-Privacy Acts (FOIPA) request.

The processing of a FOIPA request differs from the processing of an FBI National Name Check Program (NNCP) record review. While both FOIPA and NNCP process requests through an automated or manual check of the FBI's Central Records System Universal Index (UNI) of over 90 million files, the scope of the searches for these two programs differ. The difference in searches reflects the distinct purposes of the two programs.

FOIPA provides copies of FBI files relevant to a FOIPA request. For FOIPA, the FBI search uses the name or information as provided in the FOIPA request. A FOIPA search determines whether there is an investigative file associated with an individual. This is called a "main file" search.

The NNCP conducts a search to identify any information contained in FBI records that may be associated with an individual and provides the information to another government entity In an effort to ensure our national security, we use various combinations of the name, which can result in several "hits" on an individual that must be reviewed, whereas a search conducted under FOIPA results in no responsive records.

The NNCP conducts both a main file and a "reference" search. A reference is someone whose name merely appears in an FBI file or investigation. For NNCP checks, in each instance where UNI has identified a name variation or reference, an FBI analyst must review the information to determine whether it is applicable to the individual in question. This thorough vetting of a name can consume considerable time.

Mr. Jun Liang

A review of the FBI's Name Check Program database revealed that your request was received from the United States Citizenship and Immigration Services on May 3, 2005, and is currently in process.

The FBI processes millions of name check requests each year with each requiring thoughtful consideration. We know how important this information is to you; however, the FBI must also balance the need for national security in preparing the response to each of these requests. The FBI's homeland security mission requires that our name check process be primarily focused on an accurate and thorough result. While an exact date for completion of this review cannot be given, you may be assured that the results will be made available to the immigration authorities as quickly as possible.

I trust this information will be of assistance.

Sincerely,

For Michael A. Cannon
Section Chief
National Name Check Program Section
Records Management Division

# Exhibit 10

Department of Homeland Securit
U.S. Citizenship and Immigration Ser

**I-797, Notice of Action**

THE UNITED STATES OF AMERICA

| ASC Appointment Notice | APPLICATION NUMBER WAC0514450396 | | NOTICE DATE 2/21/2007 |
|---|---|---|---|
| CASE TYPE I485 Application to Register Permanent Resident or Adjust Status | SOCIAL SECURITY NUMBER | USCIS A# A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 | CODE 1 |
| | TCR | SERVICE CENTER WSC | PAGE 1 of 1 |

JUN LIANG

FOSTER CITY, CA 94404

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

**APPLICATION SUPPORT CENTER**
USCIS SAN FRANCISCO
250 BROADWAY STREET
SAN FRANCISCO, CA 94111

**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.**

**DATE AND TIME OF APPOINTMENT**
03/07/2007
9:00 AM

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

**REQUEST FOR RESCHEDULING**

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS SAN FRANCISCO, 250 BROADWAY STREET, SAN FRANCISCO, CA 94111

APPLICATION NUMBER 1
I485 - WAC0514450396

If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Exhibit 11

 U.S Citizenship and Immigration Services - Case Status Service Online Page 1 of 4

U.S. Citizenship
and Immigration
Services

Home Contact Us Site Map FAQ

Search GO
Advanced Search

Services & Benefits Immigration Forms Laws & Regulations About USCIS Education & Resource Press Room

Print This Page Back

# U.S. Citizenship and Immigration Services
# Nebraska Service Center Service Center Processing Dates
# Posted March 15, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

https://egov.immigration.gov/cris/jsps/Processtimes.jsp?SeviceCenter=NSC 4/23/2007

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

Service Center Processing Dates for **Nebraska Service Center** Posted March 15, 2007

| Form | Title | Classification or Basis for Filing | Now Processing Cases with Receipt Notice Date of |
|---|---|---|---|
| **I-90** | Application to Replace Permanent Resident Card | Initial issuance or replacement | September 13, 2006 |
| **I-90** | Application to Replace Permanent Resident Card | 10-year renewal | August 13, 2005 |
| **I-90A** | Application to Replace Permanent Resident Card | Initial issuance or replacement for Special Agricultral Workers (SAW) | July 04, 2006 |
| **I-102** | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | December 13, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | May 13, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | May 13, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | May 13, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | February 22, 2007 |
| **I-129** | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | February 13, 2007 |
| **I-129** | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | May 13, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | L - Intracompany transfers | February 13, 2007 |
| **I-129** | Petition for A Nonimmigrant Worker | Blanket L | May 13, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | O - Extraordinary ability | May 13, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | May 13, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | May 13, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | R - Religious occupation | May 13, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | May 13, 2006 |
| **I-131** | Application for Travel Document | Permanent resident applying for a re-entry permit | December 05, 2006 |
| **I-131** | Application for Travel Document | Refugee or aslyee applying for a refugee travel document | December 05, 2006 |
| | | Haitian Refugee Immigrant Fairness Act | |

| | | | |
|---|---|---|---|
| I-131 | Application for Travel Document | (HRIFA) principal applying for advance parole | December 13, 2006 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) dependent applying for advance parole | June 14, 2006 |
| I-131 | Application for Travel Document | All other applicants for advance parole | December 13, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | July 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | August 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | June 16, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | July 25, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | August 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | June 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | August 14, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | September 13, 2006 |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | November 13, 2005 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | September 13, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | August 10, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on grant of asylum more than 1 year ago | March 01, 2004 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on refugee admission more than 1 year ago | April 15, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Haitian Refugee Immigrant Fairness Act (HRIFA) | September 13, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Indochinese Adjustment Act | July 03, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | December 05, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | December 05, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | December 05, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | December 05, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | December 05, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | December 05, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | December 05, 2006 |

| | | | |
|---|---|---|---|
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | December 05, 2006 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | November 20, 2006 |
| I-730 | Refugee/Asylee Relative Petition | Petition for accompanying family members of a refugee or an asylee | July 15, 2006 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | August 19, 2006 |
| I-765 | Application for Employment Authorization | Based on an approved asylum application [(a)(5)] | February 12, 2007 |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | December 27, 2006 |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | February 12, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | December 27, 2006 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | December 27, 2006 |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | September 13, 2006 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | September 13, 2006 |

Print This Page Back