ORIGINAL

1  Justin Fok, Esq., CSBN: 242272
   Law Offices of Jean D. Chen
2  2107 N. First Street, Suite 300
   San Jose, CA 95131
3  Telephone: (408) 437-1788
4  Facsimile: (408) 437-9788
   Email: jfok@jclawoffice.com
5
6  Attorney for Plaintiffs
   **Jun Liang,** and **Yunqiu Yuan**
7

E-FILED

*Filed*

APR 3 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF COURT
SAN JOSE    CALIFORNIA

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10               **SAN FRANCISCO DIVISION**

11
   **Jun Liang,**                    )   Case No.
12 **Yunqiu Yuan**                    )
            Plaintiffs,              )   **C07   02349   BZ**
13                                    )
14         v.                         )
                                      )
15 **Alberto Gonzales**, United States Attorney  )
   General, U.S. Department of Justice;  )
16 **Michael Chertoff**, Secretary of the  )   **CERTIFICATION OF INTERESTED**
   Department of Homeland Security;   )   **ENTITIES OR PERSONS**
17 **Emilio T. Gonzalez**, Director of United States )
   Citizenship and Immigration Services;  )
18 **Gerard Heinauer**, Director of the Nebraska  )   **Immigration Case**
19 Service Center, United States Citizenship and  )
   Immigration Services;              )
20 **Robert S. Mueller III**, Director of the Federal )
   Bureau of Investigation            )
21                                    )
                                      )
22         Defendants                 )
   ──────────────────────────────────
23

24      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

25 named parties, there is no such interest to report.

26 ///

27 ///

28 ///

Case No.                              1
Certification of Interested Entities or Persons

1   Dated:  4/30/07                                    Respectfully Submitted,

2

3

4                                                      Justin Fok, CSBN: 242272
                                                       Attorney for Plaintiffs
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.                                    2
Certification of Interested Entities or Persons