# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Jun Liang and Yunqiu Yuan

**ADF**
**E-FILING**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

**C07    02349BZ**

Alberto Gonzales, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
Gerard Heinauer, Director of the Nebraska Service Center, United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

**TO:** (Name and address of defendant)

Alberto Gonzales
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

(BY) DEPUTY CLERK

Sandy Morris

DATE 4-30-07

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA



Jun Liang and Yunqiu Yuan

~ FILING

### SUMMONS IN A CIVIL CASE

v.

Alberto Gonzales, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
Gerard Heinauer, Director of the Nebraska Service Center, United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

CASE NUMBER:

## C07    02349 BZ

TO: (Name and address of defendant)

Gerard Heinauer
Director of the Nebraska Service Center,
United States Citizenship and Immigration Services
PO Box 87565
Lincoln, NE 68501-7565

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 4-30-07

(BY) DEPUTY CLERK

Sandy Morris

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

Jun Liang and Yunqiu Yuan

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## C07 02349 BZ

v.

Alberto Gonzales, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
Gerard Heinauer, Director of the Nebraska Service Center, United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

TO: (Name and address of defendant)

Emilio T. Gonzalez
Director
U.S. Citizenship and Immigration Services
425 I Street, NW
Washington, DC 20536-0003

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within  60  days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DATE 4.30-07

(BY) DEPUTY CLERK

Sandy Morris

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA



Jun Liang and Yunqiu Yuan

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C07    02349BZ**

V.

Alberto Gonzales, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
Gerard Heinauer, Director of the Nebraska Service Center, United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

TO: (Name and address of defendant)

Michael Chertoff
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within  60  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DATE 4-30-07

(BY) DEPUTY CLERK

Sandy Morris

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

Jun Liang and Yunqiu Yuan



**SUMMONS IN A CIVIL CASE**

### V.

Alberto Gonzales, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
Gerard Heinauer, Director of the Nebraska Service Center, United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

CASE NUMBER:

# C07      02349

## BZ

### TO: (Name and address of defendant)

Robert S. Mueller, III
Director of FBI
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, DC 20536-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within    60    days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DATE 4-30-07

(BY) DEPUTY CLERK

**Sandy Morris**

1      <u>**PROOF OF SERVICE BY MAILING**</u>

2      I am over the age of 18 and not a party to the within action. I am an employee of the Law Offices

3      of Jean D. Chen and my business address is:

4      2107 N. First St., Suite 300, San Jose CA, 95131

5           On _5.1.2007_ I served:

6      **1) Summons in a Civil Action;**

7      **2) Plaintiff's original complaint for writ in the nature of mandamus and declaratory judgment under 28 U.S.C. § 1361;**

8      **3) Order setting initial case management conference and ADR deadlines;**
       **4) Order setting case management conference;**

9      **5) Joint case management statement and proposed order;**

10     **6) Standing order;**
       **7) Notice of assignment of case to a United States Magistrate Judge;**

11     **8) Consent to proceed before a United States Magistrate Judge;**
       **9) Declination to proceed before a Magistrate Judge and request for reassignment**

12         **to a United States District Judge;**

13     **10) Consent of joint case management statement**

14     on the persons or entities named below, for the case Liang v. Gonzales (C07-02349 BZ), by

15     placing said documents in an envelope, which was then sealed, with postage fully paid and addressed as follows:

16

17          Alberto Gonzales
            United States Attorney General

18          U.S. Department of Justice
            950 Pennsylvania Avenue, NW

19          Washington, DC 20530-0001

20          Michael Chertoff

21          Secretary of the Department of Homeland Security
            U.S. Department of Homeland Security

22          Washington, DC 20528

23          Emilio T. Gonzalez

24          Director
            U.S. Citizenship and Immigration Services

25          425 I Street, NW
            Washington, DC 20536-0003

26

27          Gerard Heinauer,
            Director of the Nebraska Service Center,

28          United States Citizenship and Immigration Services

Proof of Service: C07-02349 BZ                    1
Liang, et al, v. Gonzales, et al.

1    Nebraska Service Center
     PO Box 87565
2    Lincoln, NE 68501-7565.

3
     Robert S. Mueller, III
4    Director of FBI
     Federal Bureau of Investigation
5    J. Edgar Hoover Building
     935 Pennsylvania Avenue, NW
6    Washington, DC 20536-0001

7
     U.S. Attorney
8    United States Attorney's Office
     450 Golden Gate Avenue
9    11th Floor
     San Francisco, CA 94102
10

11   Office of the General Counsel
     U.S. Department of Homeland Security
12   Washington, DC 20528

13

14

15   Date of mailing: __5·1·2007__ Place of mailing: San Jose, California.

16   I declare under penalty of perjury under the laws of the United States of America that the

17   forgoing is true and correct.

18

19

20   Executed this __5·1·2007__ at San Jose, California

21

22                                              Bo Li

23

24

25

26

27

28