**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                          General Court Number
Clerk                                                                      415.522.2000

### July 2, 2007

**CASE NUMBER:  CV 07-02349 BZ**
**CASE TITLE:  JUN LIANG-v-ALBERTO GONZALES, ET AL**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland**  division.

**Honorable CLAUDIA WILKEN**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CW**  immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/2/07

                                                            FOR THE EXECUTIVE COMMITTEE:

                                                            _____
                                                                                                   Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                Special Projects
Log Book Noted                                       Entered in Computer 7/2/07AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                               Transferor CSA