```
1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUN LIANG, ) <br> YUNQIU YUAN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ALBERTO GONZALES, United States ) <br> Attorney General, U.S. Department of Justice; ) <br> MICHAEL CHERTOFF, Secretary of ) <br> the Department of Homeland Security; ) <br> EMILIO T. GONZALEZ, Director of United ) <br> States Citizenship and Immigration Services; ) <br> GERARD HEINAUER, Director of Nebraska ) <br> Service Center, United States Citizenship and ) <br> Immigration Services; ) <br> ROBERT S. MUELLER III, Director of the ) <br> Federal Bureau of Investigation, ) <br> ) <br> Defendants. ) <br> _____ ) | No. C 07-2349 BZ <br><br> **ANSWER** |

Defendants hereby submit their answer to Plaintiffs' Complaint for Writ in the Nature of Mandamus and Declaratory Judgment Under 28 U.S.C. § 1361.

1. The allegations contained in the initial Paragraph consists of Plaintiffs' characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny that they have improperly withheld action on Plaintiffs' application to their detriment.

ANSWER
C07-2349 BZ                                1

**PARTIES**

2. Defendants admit the allegations in Paragraph Two.

3. Defendants admit the allegations in Paragraph Three.

4. Defendants admit the allegations in Paragraph Four.

5. Defendants admit the allegations in Paragraph Five.

6. Defendants admit the allegations in Paragraph Six.

7. Defendants admit the allegations in Paragraph Seven.

8. Defendants admit the allegations in Paragraph Eight.

**JURISDICTION**

9. Paragraph Nine consists of Plaintiffs' allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny the allegations in this paragraph.

**VENUE**

10. Defendants admit the allegations in Paragraph Ten.

**INTRADISTRICT ASSIGNMENT**

11. Defendants admit the allegations in Paragraph Eleven.

**EXHAUSTION OF REMEDIES**

12. Defendants deny the allegations in Paragraph Twelve.

**CAUSE OF ACTION**

13. Defendants admit the allegations in Paragraph Thirteen.

14. Defendants admit the allegations in Paragraph Fourteen.

15. Defendants are without sufficient information to admit or deny the allegations in Paragraph Fifteen as the USCIS does not generally track or interfile status inquiry information in the alien registration file.

16. Defendants are without sufficient information to admit or deny the allegations in Paragraph Sixteen as the USCIS does not generally track or interfile status inquiry information in the alien registration file.

1    17.  Defendants are without sufficient information to admit or deny the allegations in Paragraph Seventeen.

2    18.  Defendants are without sufficient information to admit or deny the allegations in Paragraph Eighteen as the USCIS does not generally track or interfile status inquiry information in the alien registration file.

3    19.  Defendants are without sufficient information to admit or deny the allegations in Paragraph Nineteen as the USCIS does not generally track or interfile status inquiry information in the alien registration file.

4    20.  Defendants admit the allegations in Paragraph Twenty.

5    21.  Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-One as the USCIS does not generally track or interfile status inquiry information in the alien registration file.

6    22.  Defendants admit the allegations in Paragraph Twenty-Two.

7    23.  Defendants admit the allegations in Paragraph Twenty-Three.

8    24.  Defendants deny the allegations in Paragraph Twenty-Four.

9    25.  Defendants deny the allegations in Paragraph Twenty-Five as the information that is available to the public regarding processing times are estimates for routine cases.

10   26.  Defendants deny the allegations in Paragraph Twenty-Six.

11   27.  Defendants deny the allegations in Paragraph Twenty-Seven.

   a) Defendants admit the allegations in subsection a of Paragraph Twenty-Four.

   b) Defendants admit the allegations in subsection b of Paragraph Twenty-Four.

12   28.  Defendants deny the allegations in Paragraph Twenty-Eight.

13   29.  Defendants deny the allegations in Paragraph Twenty-Nine.

**PRAYER**

30.  Paragraph Thirty consists of Plaintiffs' prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, the Defendants deny this paragraph.

ANSWER
C07-2349 BZ                                              3

**FIRST AFFIRMATIVE DEFENSE**

Plaintiffs' complaint fails to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

The court should dismiss the complaint for lack of subject matter jurisdiction.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiffs, dismissing Plaintiffs' complaint with prejudice; that Plaintiffs take nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: July 2, 2007                                  Respectfully submitted,

                                                     SCOTT N. SCHOOLS
                                                     United States Attorney


                                                     _____/s/_____
                                                     ILA C. DEISS
                                                     Assistant United States Attorney
                                                     Attorneys for Defendants