Justin Fok, Esq., CSB#242272
Law Offices of Jean D. Chen
2107 N. 1st Street, Suite 300
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiffs
Jun Liang and Yunqiu Yuan

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **Jun Liang** and **Yunqiu Yuan** ) | Case No. C 07-2349 CW |
| Plaintiffs, ) | |
| v. ) | |
| **Alberto Gonzales,** United States Attorney General, U.S. Department of Justice; ) | **STIPULATION TO EXTEND HEARING DATE ON MOTION FOR SUMMARY JUDGMENT; AND [PROPOSED] ORDER** |
| **Michael Chertoff**, Secretary of the Department of Homeland Security; ) | |
| **Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services; ) | |
| **Gerard Heinauer,** Director of Nebraska Service Center, United States Citizenship and Immigration Services; ) | |
| **Robert S. Mueller, III**, Director of the Federal Bureau of Investigation: ) | |
| Defendants. ) | |

The plaintiffs, by and through their attorney of record, and defendants, by and through their attorney of record, hereby stipulate, subject to approval of the Court, to extend the hearing date for summary judgment, which is currently scheduled on September 6, 2007, in light of the following:

    1.    On July 13, 2007, the Court scheduled a hearing for summary judgment for

September 6, 2007.

2. On or around July 15, 2007, the State Department issued *Visa Bulletin Number 109*, stating that there would be no more visas available for the month of August and that visas would probably remain unavailable until the next fiscal year, which begins on October 1, 2007. (**Exhibit 1**)

3. Because the State Department will not be issuing any more employment-based visas until October 2007, USCIS is unable by statute to adjudicate the applications for adjustment of status at issue in this case.

4. Therefore, the parties hereby request this Court to vacate the summary judgment hearing date and hold the case in abeyance until visas become available. Within three days of visas becoming available, the parties agree to reset the summary judgment hearing date, and reschedule the due dates for the motion for summary judgment, opposition, and reply accordingly.

Dated:  August 1, 2007  　　　　　　/s/　　　　　　　　

Justin G. Fok
Law Offices of Jean D. Chen
Attorney for Plaintiff

Dated:  August 1, 2007  　　　　　　/s/　　　　　　　　

Ila C. Deiss
Assistant United States Attorney
Attorney for Defendants

///
///
///
///

Case No. C 07-2349 CW                    2
STIPULATION TO EXTEND HEARING DATE; AND [PROPOSED] ORDER

1 **ORDER**

2

3      PURSUANT TO STIPULATION, IT IS ~~SO~~ ORDERED that ~~the case is held temporarily
4 in abeyance and the September 6, 2007 hearing is vacated~~.   A CASE MANAGEMENT
5 CONFERENCE WILL BE HELD ON 10/23/07 AT 2:00 P.M.

6
7 Dated: _____8/2/07_____     _____
8                                              Claudia Wilken
                                              United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 07-2349 CW                    3
STIPULATION TO EXTEND HEARING DATE; AND [PROPOSED] ORDER