Justin Fok, Esq., CA Bar #242272
Law Offices of Jean D. Chen
2107 N. 1st Street, Suite 300
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiffs
Jun Liang and Yunqiu Yuan

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **Jun Liang;** and <br> **Yunqiu Yuan,** <br><br> Plaintiffs, <br><br> v. <br><br> **Alberto Gonzales**, United States Attorney General, U.S. Department of Justice; <br> **Michael Chertoff**, Secretary of the Department of Homeland Security; <br> **Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services; <br> **Christina Poulos**, Director of the California Service Center, United States Citizenship and Immigration Services; <br> **Robert S. Mueller III**, Director of the Federal Bureau of Investigation, <br><br> Defendants. | Case No. C 07-02349 CW <br><br> **PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT; AND PROPOSED ORDER** <br><br> Date:   October 11, 2007 <br> Time:   2:00 PM <br> Judge:  Hon. Claudia Wilken <br> Place:  Courtroom 2 |

The Court finds that the Defendants have a clear, non-discretionary duty to adjudicate Plaintiffs' I-485 within a reasonable time under both the Mandamus and Administrative Procedures Acts.  This Court further finds that over two years is an unreasonable length of time

Plaintiffs' Proposed Order for Summary Judgment
Case No. C 07-2349 CW

1  as a matter of law for the adjudication of an I-485, *Application to Register Permanent Residence*
2  *or Adjust Status*.
3  Accordingly, it is hereby ORDERED that:
4    1. Plaintiffs Motion for Summary Judgment is GRANTED.
5    2. Defendant's Motion for Summary Judgment is DENIED.
6    3. Defendants shall complete adjudication of Plaintiffs' I-485 Applications within 60
7       days of this order.
8    4. The Court shall retain jurisdiction over this matter for a period of 120 days to ensure
9       compliance with this order.
10 This case is CLOSED.  IT IS SO ORDERED

12 Dated:

_____
Claudia Wilken
United States District Judge

Plaintiffs' Proposed Order for Summary Judgment
Case No. C 07-2349 CW

2