UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LIANG ET AL,

    Plaintiff,

v.

GONZALES ET AL,

    Defendant.

NO. C 07-02349 CW

**MINUTE ORDER**
Date: 10/11/07

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**    **Court Reporter:** Starr Wilson, pro tem

**Appearances for Plaintiff:**
Justin Fok

**Appearances for Defendant:**
Melanie Proctor

### Motions:

| | | |
|---|---|---|
| Plaintiff | Motion for summary judgment | Granted |
| Defendant | Motion for summary judgment | Denied |

Further briefing due:
Order to be prepared by:  Court

Notes:  Court does have jurisdiction to order timely result; Court can rule who proper defendants are.  Court inclined to say time has been unreasonable and defendant shall adjudicate expeditiously.  Court will issue written order.  FCMC is vacated.

Copies to:  Chambers