1 Justin Fok, Esq., CA Bar: 242272
Law Offices of Jean D. Chen
2 2107 N. First Street, Suite 400
San Jose, CA 95131
3 Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
4 Email: jfok@jclawoffice.com

5

6 Attorney for Plaintiff
Jun Liang and Yunqiu Yuan

7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10

11 **Jun Liang;** and                                  ) Case No.  07-02349 CW
12 **Yunqiu Yuan,**                                    )
                                                       )
13                                                     )
                     Plaintiffs,                       )
14                                                     )  **NOTICE OF CHANGE OF ADDRESS**
15          v.                                         )
                                                       )
16 **Alberto Gonzales**, United States Attorney        )
General, U.S. Department of Justice;                   )
17 **Michael Chertoff**, Secretary of the              )
Department of Homeland Security;                       )
18 **Emilio T. Gonzalez**, Director of United States   )
Citizenship and Immigration Services;                  )
19 **Christina Poulos**, Director of the California     )
Service Center, United States Citizenship and          )
20 Immigration Services;                               )
**Robert S. Mueller III**, Director of the Federal     )
21 Bureau of Investigation,                            )
                                                       )
22                                                     )
                     Defendants.                       )
23 _____            )

24

25                    NOTICE OF CHANGE OF ADDRESS

26      TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

27      PLEASE TAKE NOTICE THAT Justin G. Fok has changed addresses.

28      Current Contact Information:

1

2    Justin G. Fok
     Law Offices of Jean D. Chen
3    2107 N. First Street, Suite 400
4    San Jose, CA 95131

5
Dated: October 17, 2007                              Respectfully Submitted,
6

7
                                              _____/s/_____
8                                             Justin Fok, CA Bar: 242272
9                                             Attorney for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28