IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUN LIANG and YUNQIU YUAN, | No. C 07-02349 CW |
| Plaintiffs, | JUDGMENT |
| v. | |
| The Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services; GERARD HEINAUER, Director of the Nebraska Service Center, United States Citizenship and Immigration Services; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation, | |
| Defendants. | |

This action came on for hearing before the Court, Honorable Claudia Wilken, United States District Judge, presiding, and the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED

That summary judgment is entered in favor of Plaintiffs. Defendants shall request the FBI expedite Mr. Liang's background check and to complete their adjudication of Plaintiffs' I-485 applications expeditiously. Each party shall bear its own costs of

1 action.

2     Dated at Oakland, California, this 30th day of October, 2007.

3                                    RICHARD W. WIEKING
                                     Clerk of Court
4

5                              By: _____
6                                    SHEILAH CAHILL
                                     Deputy Clerk