Justin Fok, Esq., CA Bar #242272
Law Offices of Jean D. Chen
2107 N. 1st Street, Suite 400
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiffs
Jun Liang and Yunqiu Yuan

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **Jun Liang;** and **Yunqiu Yuan,**<br><br>        Plaintiffs,<br><br>    v.<br><br>**Michael Chertoff**, Secretary of the Department of Homeland Security;<br>**Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services;<br>**Christina Poulos**, Director of the California Service Center, United States Citizenship and Immigration Services;<br><br>        Defendants. | Case No. C 07-02349 CW<br><br>**JOINT STATUS REPORT REGARDING THE INFEASIBILITY OF FOLLOWING THE COURT'S OCTOBER 30, 2007, ORDER** |

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorney of record, hereby submit this joint status report for the above-captioned case:

Joint Status Report
Case No. C 07-2349 CW

1

1. Plaintiffs' filed their Complaint on April 30, 2007, asking this Court to compel the Defendants to adjudicate their delayed I-485 applications.
2. On September 6 and 7, 2007, the parties filed their cross-motions for summary judgment.
3. On October 30, 2007, the Court issued a final judgment ruling in favor of the plaintiffs' and ordered Defendants to adjudicate the application within 60 days of the order.
4. It has now come to the parties' attention that visas for Plaintiffs' I-485's are not available. The U.S. Department of State is now issuing visas for applicants with a priority date of October 15, 2001, for applicants within the 3rd Employment Preference (Exhibit 1). The Plaintiffs' priority date is March 18, 2002 (Exhibit 2).
5. By statute, the USCIS is unable to adjudicate the I-485 applications if there are no available visas from the Department of State. Therefore, Defendants are not able to comply with the Court's order to adjudicate the applications within 60 days.
6. Once visas are made available again, Defendants shall adjudicate Plaintiffs' I-485 applications within 60 days from the date of visa availability.

Respectfully Submitted,

Dated: November 26, 2007           _____/s/_____
                                   Justin Fok
                                   Attorney for Plaintiffs


Dated: November 27, 2007           _____/s/_____
                                   Ila C. Deiss
                                   Attorney for Defendants

Joint Status Report
Case No. C 07-2349 CW