# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>WAC-05-144-50455 | | CASE TYPE   I140<br>IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| RECEIPT DATE<br>April 25, 2005 | PRIORITY DATE<br>March 18, 2002 | PETITIONER<br>ORACLE USA INC |
| NOTICE DATE<br>July 11, 2005 | PAGE<br>1 of 1 | BENEFICIARY  A098 460 997<br>LIANG, JUN |

FRIEDA A. GARCIA
BERRY APPLEMAN & LEIDEN LLP
RE: ORACLE USA INC
353 SACRAMENTO ST STE 1300
SAN FRANCISCO CA 94111-3633

**Notice Type:** Approval Notice
Section: Skilled Worker or
          Professional,
          Sec.203(b)(3)(A)(i) or (ii)

The above petition has been approved.  The person this petition is for will be notified separately when a decision is reached on his or her pending adjustment of status application.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



Form I-797 (Rev. 01/31/05) N